[No. 5268-7-II. Division Two. January 14, 1983.]

GUITERRIEZ T. CAMMON, *Appellant,* v. MARVIN R. CHRISTENSEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 285206, Thomas R. Sauriol, J., entered December 26, 1980. *Reversed* by unpublished opinion per

Petrie, J., concurred in by Reed, J., and Jacques, J. Pro Tem.